AYODELE SANDIFORD, Respondent, v CITY OF NEW YORK DEPARTMENT OF EDUCATION et al., Appellants, et al., Defendants.

Submitted August 5, 2013; decided August 22, 2013

Motion by National Employment Lawyers Association/New York for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and nine copies filed within seven days.